

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Charles Lyons
    Plaintiff(s)

vs.

Hireright Solutions
    Defendant(s)

Case Number: 25 CV - 495 JDR - SH

## COMPLAINT

A. Parties

1) __Charles Lyons__ (Plaintiff), is a citizen of __Georgia__ (State)

   who presently resides at __3950 June Apple Court Decatur, GA 30034__
   (mailing address if different from residence)

2) Defendant __Hireright Solutions__ (Name of first defendant) is a citizen of __Tulsa, Oklahoma__ (City, State)

   and is employed as __Incorporated__
   (Position and title, if any)

3) Defendant _____ (Name of second defendant) is a citizen of _____ (City, State)

   and is employed as _____
   (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

   Diversity Jurisdiction

C. Nature of Case

1) Briefly state the background of your case:

   15 US 1681e and 15 US 1681n violations

*(handwritten note: IFP Pending / 1 Summons in hold tray)*

*(stamp markings: ✓ Mail, No Cert Svc, No Orig Sign, C/J, C/MJ, C/Ret'd, No Env, No Cpys, ✓ No Env/Cpys, O/J, O/MJ)*

D. Cause of Action

I allege the following:

1. Defendant violates in not maintaining reasonable procedures to avoid violations of section 1681

Defendant did not when Plaintiff made a dispute of incomplete information and mixed file, Defendant was in

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Violation of the dispute process and failure to follow procedure to use maximum possible accuracy, causing P of inability to verify information when applying for jobs and credit, damaged reputation and emotional distress.

2. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

Actual, punitive, willful damages of $75,000,000.00.

_____
Original Signature of Plaintiff

3950 June Apple Court
Current Address

Decatur, GA 30034
City            State   ZIP

470-403-8678
Telephone

